UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>1200 K Street, N.W.<br>Washington, DC 20005-4026,<br><br>      Plaintiff,<br><br>v.<br><br>CARTER BROADCASTING, INC.<br>20 Park Plaza, Suite 720<br>Boston, MA 02116,<br><br>  and<br><br>KENNETH R. CARBERRY<br>20 Park Plaza, Suite 720<br>Boston, MA 02116,<br><br>      Defendants. | 04-10496 MLW<br><br>Civil Action No. _____ |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY SANDRA GARRICK

I, Sandra Garrick, hereby move, pursuant to Rule 83.5.3(a) of the Local Rules for the United States District Court District of Massachusetts, Eastern Division, for admission to practice before this Court and to represent the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government, in this matter.

1.   I am a member of good standing of the bar of the United States District Court for the District of New Jersey and the states of New York and New Jersey.

2.   I am an employee of the PBGC in the Office of the General Counsel. I am assigned

to represent the PBGC in this matter and am fully familiar with the case.

3. The PBGC is a federal agency whose sole offices are in Washington, D.C. The PBGC administers the federal pension insurance program established by Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§1301-1461 (2000 & Supp. I 2001). Attorneys from the PBGC's Office of the General Counsel represent the agency in matters such as this one in the United States district courts throughout the country.

I therefore request that I be admitted *Pro Hac Vice* with respect to this case.

Dated: March 7, 2004

_____
SANDRA GARRICK
Staff Attorney
PENSION BENEFIT GUARANTY
   CORPORATION
Office of the General Counsel
1200 K Street, NW, Suite 340
Washing ton, DC 20005-4026
Ph: (202) 326-4020 (x6008)
Fax: (202) 325- 4112
garrick.sandra@pbgc.gov