# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

PENSION BENEFIT GUARANTY
CORPORATION
V.

CARTER BROADCASTING, INC.
and
KENNETH R. CARBERRY

**SUMMONS IN A CIVIL CASE**

04 10496 MLW

CASE NUMBER:

TO: (Name and address of Defendant)

CARTER BROADCASTING, INC.
c/o Kenneth R. Carberry, Registered Agent
20 Park Plaza, Suite 720
Boston, MA 02116

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANDRA GARRICK, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005
(202) 326-4020 ext. 6008

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

MAR 1 1 2004
DATE