# UNITED STATES DISTRICT COURT

_____EASTERN_____   District of   _____MASSACHUSETTS_____

PENSION BENEFIT GUARANTY
CORPORATION
V.

CARTER BROADCASTING, INC.
and
KENNETH R. CARBERRY

## SUMMONS IN A CIVIL CASE

04   10496 MLW

CASE NUMBER:

TO: (Name and address of Defendant)

KENNETH R. CARBERRY
20 Park Plaza, Suite 720
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANDRA GARRICK, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005
(202) 326-4020 ext. 6008

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

TONY ANASTAS                          MAR 1 1 2004

CLERK                                 DATE

(By) DEPUTY CLERK