UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CARTER BROADCASTING, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | Case No.1:04cv10496 MLW |

PROOF OF SERVICE

Pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, Plaintiff Pension Benefit Guaranty Corporation ("PBGC"), provides the Court with notice of the following:

1. On March 10, 2004, the PBGC filed with the Court a Complaint in this action.

2. On March 23, 2004, the PBGC made personal service upon Defendant Carter Broadcasting, Inc. by serving the registered agent, Kenneth R. Carberry, at 20 Park Plaza, Suite 720, Boston, Massachusetts 02116. The Return of Service is attached hereto as Exhibit 1.

/ /

/ /

/ /

/ /

/ /

3.  On March 23, 2004, the PBGC made personal service upon Defendant Kenneth R. Carberry at 20 Park Plaza, Suite 720, Boston, Massachusetts 02116. The Return of Service is attached hereto as Exhibit 2.

Dated: April 5th, 2004

Respectfully submitted,

_____
JAMES J. KEIGHTLEY
General Counsel
WILLIAM G. BEYER
Deputy General Counsel
ISRAEL GOLDOWITZ
Senior Assistant General Counsel
SANDRA GARRICK
Staff Attorney

PENSION BENEFIT GUARANTY
 CORPORATION
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 6008
Fax No. (202) 326-4112
garrick.sandra@pbgc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Pension Benefit Guaranty Corporation's Proof of Service was sent by first-class mail on this 5th day of April, 2004, to:

Carter Broadcasting, Inc.
c/o Kenneth R. Carberry
20 Park Plaza, Suite 720
Boston, Massachusetts 02116

Kenneth R. Carberry
20 Park Plaza, Suite 720
Boston, Massachusetts 02116

_____
Sandra Garrick