UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

PENSION BENEFIT GUARANTY CORPORATION )
)
          Plaintiff, )
v. ) Case No.1:04cv10496 MLW
)
CARTER BROADCASTING, INC., *et al.* )
)
          Defendants. )
)

## STIPULATION OF EXTENSION OF TIME TO SERVE ANSWER

### Recitals

1. The complaint in the above matter was filed on March 10, 2003, pursuant to 29 U.S.C. § 1303(c) for an order requiring defendants, Carter Broadcasting, Inc. and Kenneth R. Carberry, to appear before this Court and produce certain documents as required by an administrative subpoena duly issued by PBGC and served on Mr. Carberry on December 12, 2003 ("Subpoena").

2. On March 23, 2004, the complaint was served on Defendants.

3. On April 5, 2004, Defendants notified PBGC that they are working diligently to provide all documents in response to the Subpoena.

4. As a result, Plaintiff and Defendants agree to an extension of time for Defendants' response to the complaint.

NOW, THEREFORE, the parties agree as follows:

(a) Defendants shall have until May 12, 2004, to file and serve their answer or otherwise respond to Plaintiff's Complaint.

(b) This Stipulation shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto.

Dated: April 8, 2004

*[signature]*
DIANA D. DELANEY, ESQ.
Carberry & Morin
20 Park Plaza, Suite 720
Boston, MA 02116
Tel. No. (617) 542-5292
Fax No. (617) 426-8559

Attorneys for Defendants
Carter Broadcasting, Inc., *et al.*

Dated: April 7th, 2004

*[signature]*
JAMES J. KEIGHTLEY
General Counsel
WILLIAM G. BEYER
Deputy General Counsel
ISRAEL GOLDOWITZ
Senior Assistant General Counsel
SANDRA GARRICK
Staff Attorney

PENSION BENEFIT GUARANTY
  CORPORATION
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 6008
Fax No. (202) 326-4112
garrick.sandra@pbgc.gov

Attorneys for Plaintiff
Pension Benefit Guaranty Corporation