UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 MAY -5  P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS

PENSION BENEFIT GUARANTY CORPORATION )
)
Plaintiff,                   )
)
v.                               ) Case No.1:04cv10496 MLW
)
CARTER BROADCASTING, INC., *et al.*    )
)
Defendants.                  )
_____)

**AMENDED STIPULATION OF EXTENSION
OF TIME TO SERVE ANSWER**

**Recitals**

1. The complaint in the above matter was served on Defendants on March 23, 2004. Plaintiff granted Defendants an extension of time to respond to the Complaint, which will expire on May 12, 2004.

2. On April 23, 2004, Defendants notified PBGC that they continue to work diligently in response to the Complaint, and require additional time for their response.

3. Plaintiff and Defendants agree that a further extension of time for Defendants' response, may facilitate resolution of this matter.

NOW, THEREFORE, the parties agree as follows:

(a) Defendants shall have until June 14, 2004, to file and serve their answer or otherwise respond to Plaintiff's Complaint.

(b) This Stipulation shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto.

Dated: April 30, 2004

					_____
					BARRY MORIN, ESQ.
					DIANA D. DELANEY, ESQ.
					Carberry & Morin
					20 Park Plaza, Suite 720
					Boston, MA 02116
					Tel. No. (617) 542-5292
					Fax No. (617) 426-8559

					Attorneys for Defendants
					Carter Broadcasting, Inc., *et al.*

Dated: April 26, 2004

					_____
					JAMES J. KEIGHTLEY
					General Counsel
					WILLIAM G. BEYER
					Deputy General Counsel
					ISRAEL GOLDOWITZ
					Senior Assistant General Counsel
					SANDRA GARRICK
					Staff Attorney

					PENSION BENEFIT GUARANTY
					  CORPORATION
					Office of the General Counsel
					1200 K Street, NW, Suite 340
					Washington, D.C. 20005-4026
					Tel. No. (202) 326-4020, ext. 6008
					Fax No. (202) 326-4112
					garrick.sandra@pbgc.gov

					Attorneys for Plaintiff
					Pension Benefit Guaranty Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION )<br>)<br>Plaintiff, )<br>v. )<br>)  Case No. 1:04cv10496 MLW<br>CARTER BROADCASTING, INC., *et al.* )<br>)<br>Defendants. )<br>)<br>_____ ) | |

FILED
IN CLERK'S OFFICE

2004 MAY -5  P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ORDER

Upon consideration of the Amended Stipulation of Extension of Time to Serve Answer,

IT IS ORDERED that the said Stipulation be, and the same is hereby GRANTED; and

IT IS ORDERED that Defendant may respond to the Complaint on or before June 14, 2004.

Dated: _____, 2004

_____
UNITED STATES DISTRICT JUDGE