UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>CARTER BROADCASTING, INC., *et al.* )<br>)<br>       Defendants. )<br>_____ ) | Case No.1:04cv10496 MLW |

**SECOND AMENDED STIPULATION OF EXTENSION
OF TIME TO SERVE ANSWER**

**Recitals**

    1.    The complaint in the above matter was served on Defendants on March 23, 2004. Plaintiff granted Defendants an extension of time to respond to the Complaint, which will expire on June 14, 2004.

    2.    Defendants continue to work diligently in response to the Complaint, and require additional time for their response.

    3.    Plaintiff and Defendants agree that a further extension of time for Defendants' response, may facilitate resolution of this matter.

    NOW, THEREFORE, the parties agree as follows:

    (a) Defendants shall have until August 13, 2004, to file and serve their answer or otherwise respond to Plaintiff's Complaint.

(b) This Stipulation shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto.

| | |
|---|---|
| Dated: June 14, 2004<br>Boston, M.A. | /s/ Diana D. Delaney<br>BARRY MORIN, ESQ.<br>DIANA D. DELANEY, ESQ.<br>Carberry & Morin<br>20 Park Plaza, Suite 720<br>Boston, MA 02116<br>Tel. No. (617) 542-5292<br>Fax No. (617) 426-8559<br><br>Attorneys for Defendants<br>Carter Broadcasting, Inc., *et al.* |
| Dated: June 14, 2004<br>Washington, D.C. | /s/ Sandra Garrick<br>JAMES J. KEIGHTLEY<br>General Counsel<br>WILLIAM G. BEYER<br>Deputy General Counsel<br>ISRAEL GOLDOWITZ<br>Senior Assistant General Counsel<br>SANDRA GARRICK<br>Staff Attorney<br><br>PENSION BENEFIT GUARANTY<br> CORPORATION<br>Office of the General Counsel<br>1200 K Street, NW, Suite 340<br>Washington, D.C. 20005-4026<br>Tel. No. (202) 326-4020, ext. 6008<br>Fax No. (202) 326-4112<br>garrick.sandra@pbgc.gov<br><br>Attorneys for Plaintiff<br>Pension Benefit Guaranty Corporation |