UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CARTER BROADCASTING, INC., *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.1:04cv10496 MLW |

**ORDER**

Upon consideration of the Second Amended Stipulation of Extension of Time to Serve Answer,

IT IS ORDERED that the said Stipulation be, and the same is hereby GRANTED; and

IT IS ORDERED that Defendant may respond to the Complaint on or before August 13, 2004.


Dated: _____, 2004          _____
                                                                UNITED STATES DISTRICT JUDGE