UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | Case No.1:04cv10496 MLW |
| ) | |
| CARTER BROADCASTING, INC., *et al.* ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Third Amended Stipulation of Extension of Time to Serve Answer,

IT IS ORDERED that the said Stipulation be, and the same is hereby GRANTED; and

IT IS ORDERED that Defendant may respond to the Complaint on or before September 13, 2004.


Dated: _____, 2004         _____
                                                                UNITED STATES DISTRICT JUDGE