UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION )<br>)<br>Plaintiff,              )<br>         v.                   )<br>)<br>CARTER BROADCASTING, INC., et al.   )<br>)<br>Defendants.         )<br>_____) | Case No. 1:04cv10496 MLW |

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Pension Benefit Guaranty Corporation, by and through its undersigned counsel, hereby dismisses the Complaint filed in this action.

Respectfully submitted,

Dated: September 10, 2004
       Washington, D.C.

   /s/ Sandra Garrick
JAMES J. KEIGHTLEY
General Counsel
WILLIAM G. BEYER
Deputy General Counsel
ISRAEL GOLDOWITZ
Senior Assistant General Counsel
SANDRA GARRICK (SG1920)
Staff Attorney

*Attorneys for Plaintiff*
PENSION BENEFIT GUARANTY
CORPORATION
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Tel. No. 202.326.4020, ext. 6008
Fax No. 202.326.4112
E-Mail: garrick.sandra@pbgc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Pension Benefit Guaranty Corporation's Notice of Dismissal was sent by electronic filing and\or first-class mail, postage prepaid, on this 10th day of September 10, 2004, to:

Diana D. Delaney, Esq.
Carberry & Morin
20 Park Plaza, Suite 720
Boston, Massachusetts 02116
*Attorneys for Defendants*

      /s/ Sandra Garrick
Staff Attorney
Office of the General Counsel